NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1031

MICHAEL MARRIN and ETCH-IT, INC.,

Plaintiffs-Appellees,

v.

JEFFREY GRIFFIN and CLAUDIA GRIFFIN,

Defendants-Appellants.

---------------------------------------------------------------------------

JEFFREY GRIFFIN and CLAUDIA GRIFFIN,

Plaintiffs-Appellants,

v.

HEIDI MARRIN, MICHAEL MARRIN,
and ETCH-IT, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Central District of California in case nos. 07-CV-00239 and 07-CV-02100, Judge George H. Wu.

ON MOTION

ORDER

Upon consideration of the appellants' motion to reconsider the court's dismissal order and motion for an extension of time to file the joint appendix,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated.

**MAY – 8 2009**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:   Geoffrey A. Baker, Esq.
Robert D. Fish, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**MAY – 8 2009**

JAN HORBALY
CLERK